UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JOSEPHINE DRAKEFORD,

                                                CV-07-3489
                                                (Daniels, J) (Francis, MJ)

                    Plaintiff,

                                                **DISCLOSURE**
   -against-                                **STATEMENT**
                                                **PURSUANT TO**
                                                **RULE 7.1 OF THE**
WASHINGTON MUTUAL,           **FEDERAL RULES**
                                                **OF CIVIL PROCEDURE**

                    Defendant.
------------------------------------------------------------------- X

     Defendant Washington Mutual Bank, sued herein as Washington Mutual, by its attorneys, Cullen and Dykman LLP, certifies that Washington Mutual Incorporated is its parent corporation and that no other publicly held corporation owns 10% or more of its stock.

Dated: Garden City, New York
       June 22, 2007

                                                CULLEN AND DYKMAN LLP

                    By:     _____
                                  James G. Ryan (JR9446)
                                  Attorneys for Defendant
                                  100 Quentin Roosevelt Boulevard
                                  Garden City, New York 11530
                                  (516) 357-3700