UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JOSEPHINE DRAKEFORD,

                                         Plaintiff,              **ANSWER**

                                                                CV-07-3489
        -against-                            (Daniels, J) (Francis, MJ)

WASHINGTON MUTUAL,

                                         Defendant.
------------------------------------------------------------------- X


**AMENDED AFFIDAVIT OF SERVICE REFLECTING ADDRESS ERROR**

STATE OF NEW YORK      )
                                          )   ss.:
COUNTY OF NASSAU     )

Alana Persaud, is being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Queens, New York and is not a party to this action.

That on the 11th day of July, 2007, she re-served the within Answer, upon the party listed below, by re-depositing a true copy thereof in a properly sealed, post-paid wrapper, in a post office box regularly maintained by the Government of the United States, located on the premises at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530 addressed as follows:

> Josephine Drakeford
> Plaintiff Pro Se
> 55 E. 99th St. #8D
> New York, New York 10029

The within Answer was required to be re-served as a result of an error in which defendants inadvertently listed plaintiff's address as 5 East 99th Street instead of 55 East 99th Street.

*[signature]*
ALANA PERSAUD

Sworn to before me this
11th day of July, 2007.

*[signature]*
Notary Public

GERALDINE LEBECK
NOTARY PUBLIC, State of New York
No. 30-4804779
Qualified In Nassau County
Commission Expires March 30, 19__
12\31\2010

2