UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

JOSEPHINE DRAKEFORD,                         07 CV 3489
                                             (Daniels, J)

                     Plaintiff,          NOTICE OF APPEARANCE

   -against-

WASHINGTON MUTUAL,

                     Defendant.
---------------------------------------------------------x

     PLEASE TAKE NOTICE that Daniel P. Rubel of Cullen and Dykman LLP is appearing in this action for the defendant as lead counsel.

Dated: Garden City, New York
       July 31, 2007

                     CULLEN AND DYKMAN LLP

                     By: _____
                     Daniel P. Rubel (DR-1927)
                     Attorneys for Defendant
                     100 Quentin Roosevelt Boulevard
                     Garden City, New York 11530
                     (516) 357-3700

To: Josephine Drakeford
    Plaintiff Pro Se
    55 East 99th Street, #8D
    New York, New York 10029