# CULLEN and DYKMAN LLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

**Daniel P. Rubel**
Associate Attorney
Direct: 516-357-3768
Direct Fax: 516-296-9155
E-mail: drubel@cullenanddykman.com

August 13, 2007

**Via Overnight Mail**

Josephine Drakeford
55 E. 99th St. #8D
New York, New York 10029

Re:   Drakeford v. Washington Mutual CV-07-3489

Dear Ms. Drakeford:

In response to the summons and complaint which you served on Washington Mutual Bank ("the Bank") on July 26, 2007, which is duplicative of the previous complaint that you served on the Bank, attached is an additional copy of the answer that you have already received and which answers the complaint. Please feel free to contact me if you have any questions or comments.

Very truly yours,

*Daniel Rubel*

Daniel P. Rubel

*Founded 1850*

BROOKLYN         LONG ISLAND         MANHATTAN         WASHINGTON, D.C.         NEW JERSEY