UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOSEPHINE DRAKEFORD,

                    Plaintiff,

    -against-

WASHINGTON MUTUAL,

                    Defendant.
------------------------------------------------------------------ X

Civil Case No.: 07-CV-3489
(Daniels, J) (Francis, MJ)

**AFFIDAVIT**

STATE OF CALIFORNIA    )
                                ) ss:.
COUNTY OF LOS ANGELES )

    Karen Gill, being duly sworn, deposes and says:

    1.    I am a compliance specialist II for defendant Washington Mutual Bank ("Washington Mutual") sued herein as "Washington Mutual." As such, I am fully familiar with all the facts and circumstances surrounding this case.

    2.    I make this affidavit in support of defendant's motion for a judgment on the pleadings.

    3.    I submit this affidavit for the limited purpose of providing for the Court's convenience the following documents that are referred to in the memorandum of law in support of the motion for a judgment on the pleadings:

        Exhibit A:    Plaintiff's complaint

        Exhibit B:    Account disclosure and regulations governing plaintiff's checking account held with Washington Mutual which includes a provision for arbitration on pages seven and eight.

                                                                                  */s/ Karen Gill*
                                                                                       Karen Gill

Sworn to before me this
__ day of October, 2007.


_____
        Notary Public

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of __Los Angeles__ } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~         *DKT*
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_____        _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

__17th__ day of __October__, __2007__, by
  Date           Month              Year

(1) __Karen Gill__,
            Name of Signer

☒ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
  to be the person who appeared before me (.) (,)
                   (and
(2) _____,  *DKT*
            Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
  to be the person who appeared before me.)

__David K. Taunton__
Signature of Notary Public

[Notary Seal: DAVID K TAUNTON, Commission # 1465066, Notary Public - California, Los Angeles County, My Comm. Expires Jan 25, 2009]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: __Declaration__

Document Date: __10/17/07__   Number of Pages: __2__

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
| Top of thumb here | Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827