STATE OF NEW YORK  )
                   )ss.:
COUNTY OF NASSAU   )

Alana Persaud, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at: Queens, New York.

On October 19, 2007, I served the within Memorandum of Law in Support of Defendant Washington Mutual Bank's Motion for A Judgment on the Pleadings, upon the following:

Josephine Drakeford
Plaintiff Pro Se
5 E. 99th St. #8D
New York, New York 10029

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the above persons at the last known address set forth after each name.

_____
ALANA PERSAUD

Sworn to before me on
October 19, 2007

_____
Notary Public

Sharon A. Cuffie
Notary Public, State of New York
No. 01CU6020584
Qualified in Suffolk County
Commission Expires March 01, 20 11