**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPHINE DRAKEFORD,

                Plaintiff,

    -against-

WASHINGTON MUTUAL,

                Defendant.
-----------------------------------------------------------X



07 **CIVIL** 3489 (GBD)

**JUDGMENT**

**SCANNED**

    Defendant having moved for judgment on the pleadings dismissing the action pursuant to Fed. R. Civ. P. 12(c), and the said motion having come before the Honorable George B. Daniels, United States District Judge, and the Court thereafter, on July 11, 2008 having rendered its Order granting defendant's motion for judgment on the pleadings and since the Court finds that all of plaintiff's claims against Washington Mutual are subject to arbitration, dismissing all claims against defendant without prejudice, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 11, 2008, defendant's motion for judgment on the pleadings is granted and all claims against defendant are dismissed without prejudice.

**Dated:** New York, New York
         July 15, 2008

                                  J. MICHAEL McMAHON
                                    Clerk of Court
                    BY:
                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____